IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CR-64-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC LEE ARROYO, | ) | |
| | ) | |
| Defendant. | ) | |

On August 5, 2025, Eric Lee Arroyo ("Arroyo" or "defendant") filed a motion to modify the court's detention order. See [D.E. 133]; cf. 18 U.S.C. §§ 3142(i), 3143(a), 3145(b). Arroyo seeks to attend his grandmother's funeral on August 7, 2025. See [D.E. 133] 2–4. The United States opposes the motion. See id. at 4.

The court has reviewed the entire record, including the pending charges, defendant's offenses of conviction in state and federal court, and the pretrial services report. A federal grand jury charged Arroyo with conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (count one), distributing 50 grams or more of methamphetamine on three occasions (counts two, three, and four), and possession of a firearm in furtherance of a drug trafficking crime (count five). See [D.E. 66]. On July 10, 2025, Arroyo pleaded guilty to counts one and two. See [D.E. 124, 128, 129]. Counts one and two require a mandatory minimum sentence of ten years and have a statutory maximum of life imprisonment. See id.

Arroyo has state-court convictions for (1) possession of drug paraphernalia; (2) injury to real property; (3) driving while license revoked (eight counts); (4) no operator's license (four counts); (5) trafficking cocaine (two counts); (6) selling or delivering cocaine (three counts); (7) possession with intent to sell or deliver marijuana; (8) possession of a controlled substance on jail

or prison premises; and (9) trafficking marijuana. See [D.E. 29] 3–7. Arroyo has performed poorly on probation. See id. at 3–5. In light of the record and governing standard, the court DENIES defendant's motion [D.E. 133].

SO ORDERED. This 6 day of August, 2025.

JAMES C. DEVER III
United States District Judge