UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CR-0064-D-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | **ORDER** |
| ) | |
| ERIC LEE ARROYO           ) | |

This matter is before the Court on the Defendant's Consent motion to continue sentencing from November 12, 2025 to the December 8 2025 term of Court.

For good cause shown, it is hereby ORDERED that the sentencing in this matter be continued until the December 8, 2025 term of Court.

This Court finds the ends of justice served in granting this extension outweigh the best interests of the public and the Defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: This __10__ day of November, 2025.

THE HONORABLE JAMES C. DEVER III
United States District Judge