UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-cr-00064-D-RJ-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ERIC LEE ARROYO | ) | |

Before the Court is the Defendant's motion to file Docket Entry 153 under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 153 shall be filed under seal.

SO ORDERED.

This the 16 day of December, 2025.

The Hon. James C. Dever III
United States District Judge